IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN LEGAL FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:23-cv-3819-LMM |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Southeastern Legal Foundation, Inc. (SLF), by and through counsel, pursuant to Local Rule 3.3, and files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)    The undersigned counsel of record for Plaintiff to this action certifies that the following is a full and complete list of all parties in this action including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

None.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:          Southeastern Legal Foundation, Inc.

                    Kimberly S. Hermann
                    Braden H. Boucek
                    David J. Myers
                    Southeastern Legal Foundation, Inc.

Defendants:         National Archives and Records Administration

                    Attorney(s) unknown at this time.

Respectfully submitted this 12th day of September, 2023.

By:    /s/ David J. Myers
       David J. Myers
       Georgia Bar No. 533072
       560 West Crossville Rd., Ste. 104
       Roswell, Georgia 30075
       (770) 977-2131
       dmyers@southeasternlegal.org

       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of September, 2023, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered CM/ECF users.

By:    /s/ David J. Myers
   David J. Myers